

# Fourth Court of Appeals
## San Antonio, Texas

September 3, 2015

No. 04-15-00272-CV

Kyu Im **ROBINSON**,
Appellant

v.

Jess L. **MAYFIELD**, Trustee, et al,
Appellees

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-07766
Renee Yanta, Judge Presiding

# O R D E R

The "Motion For Leave to Withdraw As Counsel of Record for Appellees" is DENIED for failure to comply with the delivery requirement of Rule 6.5(b).  *See* Tex. R. App. P. 6.5(b) (requiring that the motion be "delivered to the party in person or mailed—both by certified and by first-class mail---to the party at the party's last known address").

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of September, 2015.

_____
Keith E. Hottle
Clerk of Court